UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| GNLV, CORP., | Case No. 2:14-cv-00048-GMN-PAL |
| Plaintiff, | ORDER |
| v. | |
| SOUTHEAST AMUSEMENT, INC., et al., | |
| Defendants. | |

Before the court is the parties' proposed Stipulation and Order to Suspend Discovery Until After the Court's Ruling on Pending Motions (Dkt. #79).

**IT IS ORDERED:**

1. The parties' proposed Stipulation and Order to Suspend Discovery Until After the Court's Ruling on Pending Motions (Dkt. #79) is **GRANTED** to the extent discovery shall be stayed until decision of the motion to set aside default and **DENIED** in all other respects.

2. The parties shall have 14 days from decision of the motion to set aside default to submit a proposed, revised discovery schedule.

DATED this 2nd day of October, 2014.


PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

1