# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

GNLV, CORP.,  )
                                )
           Plaintiff,           )   Case No.: 2:14-cv-00048-GMN-PAL
    vs.                         )
                                )   **ORDER**
SOUTHEAST AMUSEMENT, INC., et al., )
                                )
           Defendants.          )
                                )

Pending before the Court is the Report and Recommendation of United States Magistrate Judge Peggy A. Leen, (ECF No. 81), which recommends that Plaintiff GNLV Corp.'s Motion for Default Judgment (ECF No. 47) and Permanent Injunction (ECF No. 48) be denied as to Defendants Kenneth R. Kampf, Sr. and Bonnie R. Kampf[1] (collectively "the Kampfs").  Judge Leen also recommended that the Kampf's Motion to Set Aside Default (ECF No. 64) be granted.

A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1–4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3–2.  Upon the filing of such objections, the Court must make a de novo determination of those portions to which objections are made. *Id.*  The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. IB 3–2(b).  Where a party fails to object, however, the Court is not required to conduct "any review at all ... of any issue that is not the subject of an objection." *Thomas v. Arn,* 474 U.S. 140, 149 (1985).  Indeed, the Ninth Circuit has recognized that a

---

[1] Both Kenneth R. Kampf, Sr., and Bonnie R. Kampf are named as Defendants in their capacities as Trustees of the Kenneth R. Kampf, Sr., and Bonnie R. Kampf Revocable Living Trust. The court will refer to them simply as the Kampfs.

district court is not required to review a magistrate judge's report and recommendation where no objections have been filed. *See, e.g., United States v. Reyna–Tapia,* 328 F.3d 1114, 1122 (9th Cir. 2003).

Here, no objections were filed, and the deadline to do so has passed.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 81) is **ACCEPTED and ADOPTED** to the extent that it is not inconsistent with this Order.

**IT IS FURTHER ORDERED** that Plaintiff GNLV Corp.'s Motion for Default Judgment (ECF No. 47) is **DENIED** as to the Kampfs.

**IT IS FURTHER ORDERED** that Plaintiff GNLV Corp.'s Motion for Permanent Injunction (ECF No. 48) is **DENIED** as to the Kampfs.  Plaintiff's Motion for Default Judgment (ECF No. 47) and Permanent Injunction (ECF No. 48) are still pending as to Defendants Robert Hutchinson and Bar of Gold.  The Court will address these motions as to these defendants in a separate order.

**IT IS FURTHER ORDERED** that the Kampf's Motion to Set Aside Default (ECF No. 64) is **GRANTED**.

**DATED** this 19th day of December, 2014.

_____
Gloria M. Navarro, Chief Judge
United States District Judge