UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GNLV, CORP., <br><br> Plaintiff, <br><br> v. <br><br> SOUTHEAST AMUSEMENT, INC., et al, <br><br> Defendants. | 2:14-cv-00048-GMN-PAL <br><br> **ORDER TO RELEASE BOND** |

Presently before the court is the matter of *GNLV, Corp. v. Southeast Amusement, Inc. et al.,* case number 2:14-cv-00048-GMN-PAL.

On February 14, 2014, the Court ordered Plaintiff, GNLV, Corp., to post a security bond for $100.00 [ECF 17]. On the same day, Plaintiff posted the security bond in the amount of $100.00, receipt NVLAS024655 [ECF 18].

The case was transferred to the Southern District of Texas on March 27, 2015 [ECF 98] and is now closed in both districts. As this matter is now concluded, the Court will refund to the legal owner, Greenberg Traurig, LLP, the $100.00 security bond, plus interest.

Accordingly,

**IT IS SO ORDERED**

Dated this 15 day of July, 2024.

Gloria M. Navarro, District Judge
United States District Court